## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISRICT OF NEW YORK

|  |  |  |
|---|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 18-cv-134-BKS-ATB |
| v. | ) ) | |
| GEORGE P. BEACH II, *et al.*, | ) ) | |
| *Defendants*. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. NY Loc. R. 83.1(d), I, Kathleen McCaffrey Baynes, attorney for Plaintiffs New York State Rifle & Pistol Association, Inc., *et al.*, in the above-referenced action, hereby move the Court to admit John D. Ohlendorf, *pro hac vice* to appear and participate as co-counsel in this case for Plaintiffs.

Movant represents that John D. Ohlendorf is qualified and licensed to practice law before the courts of the District of Columbia and is a member in good standing of that bar. Movant finds John D. Ohlendorf to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

John D. Ohlendorf's relevant identifying information is as follows:

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
johlendorf@cooperkirk.com

Dated: February 5, 2018          Respectfully submitted,

*s/ Kathleen McCaffrey Baynes*
Kathleen McCaffrey Baynes
Bar Roll No. 507154
KATHLEEN MCCAFFREY BAYNES, ESQ., PLLC
  *Attorney of Record*
21 Everett Road Extension, Suite A-4
Albany, NY 12205
(518) 489-1098
kmb@kmbaynes.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, and I hereby certify that I have caused the

document to be mailed by First Class USPS Mail to the following:

George P. Beach II
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226,

Hon. Richard J. McNally, Jr.
Rensselaer County Courthouse
80 Second Street
Troy, NY 12180

<u>s/ Kathleen McCaffrey Baynes</u>
Kathleen McCaffrey Baynes

*Attorney for Plaintiffs*