UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| IN THE MATTER OF THE APPLICATION OF JOHN D. OHLENDORF | PETITION FOR ADMISSION TO PRACTICE PRO HAC VICE |
|---|---|

I, John D. Ohlendorf, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. That I reside in Annandale, VA and my office address is 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036.

2. That I have been admitted to practice in the courts of the District of Columbia since January 9, 2015.

3. That I have been admitted to practice in the courts of the State of Missouri since September 15, 2010.

4. That I graduated from Harvard Law School in 2010 after having completed the required courses of study.

5. That I have never been held in contempt of court, censured, suspended, or disbarred by any court.

6. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| Court | Date of Admission | Bar No. |
|---|---|---|
| Supreme Court of Missouri | 09/15/2010 | 63145 |
| District of Columbia | 01/09/2015 | 1024544 |
|  |  |  |
| U.S. District Court for: |  |  |
| Eastern District of Missouri | 09/03/2014 | 63145MO |
| District of Columbia | 07/11/2016 | 1024544 |
|  |  |  |
| U.S. Court of Appeals: |  |  |

1

| First Circuit | 12/12/17 | 1182385 |
|---|---|---|
| Fourth Circuit | 12/03/2015 | N/A |
| Fifth Circuit | 05/09/2017 | N/A |
| Sixth Circuit | 06/06/2016 | N/A |
| Ninth Circuit | 09/03/2014 | N/A |
| District of Columbia Circuit | 05/31/2016 | 56739 |
| Federal Circuit | 12/05/2017 | N/A |
| U.S. Court of Federal Claims | 12/09/2015 | N/A |

7.  That I am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct, and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, John D. Ohlendorf, be admitted to practice *pro hac vice* before the Bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed this 2nd, day of February, 2018.**

*[signature]*

**PETITIONER**

2