UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Petition of :** John D. Ohlendorf

**AFFIDAVIT OF SPONSOR**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

STATE OF NEW YORK
COUNTY OF Albany

Kathleen McCaffrey Baynes, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Kathleen McCaffrey Baynes, Esq., PLLC, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 507154.

2. I make this affidavit in support of the admission of John D. Ohlendorf.

3. I have known John D. Ohlendorf since December 27, 2017, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 5th day of February, 20 18.

**SPONSOR**

Sworn to before me this 5th day of February, 2018

Notary

STEPHEN G. LEVY
Notary Public, State of New York
No. 5026989
Qualified in Albany County
Commission Expires April 25, 20 18

w:\attyadm\Affidavit_of_Sponsor
Form Date: 6/7/2011