UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF NEW YORK

Index No. 1:18-CV-0134 (BKS / ATB)

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC, et al.

Plaintiff(s)/Petitioner(s)

against

} AFFIDAVIT OF SERVICE

GEORGE P. BEACH, II, et al.

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ALBANY  
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York  
That on **FEBRUARY 2, 2018** at **3:15pm** at **1220 Washington ave. (Bldg 22), Albany, NY 12226** deponent served the within

- ☐ Summons with Notice
- ☒ Summons and Complaint (Civil Action)
- ☒ Filing Order
- ☒ Corporate Disclosure Statement

- ☐ Subpoena with Notice to Take Deposition
- ☐ Subpoena for Testimony
- ☐ Subpoena Duces Tecum
- ☐ Citation

- ☐ Three Day Notice
- ☐ Notice of Petition and Petition
- ☐ Order to Show Cause

upon **GEORGE P. BEACH, II, in his official capacity as Superintendent of the New York State Police**

☒ defendant  
☐ respondent  
☐ witness  
(hereinafter called the recipient) therein named

☐ INDIVIDUAL — by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

☐ CORPORATE / BUSINESS ENTITY — a corporation, by delivering thereat, a true copy of each to

☒ SUITABLE AGE PERSON — by delivering thereat, a true copy of each to **MAUREEN PRICE, Counsel's Office / Designated To accept** a person of suitable age and discretion. Said premises is recipient's work place the state.

☐ AFFIXING TO DOOR, ETC. — by affixing a true copy of each to the door of said premises, which is recipient's within the state. Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

☒ MAILING — ☒ Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's work place at **1220 Washington Avenue, Bldg 22, Albany, NY 12226** and deposited same at a United States Post Office.  
☐ mailing was made by certified mail (Receipt No.      )  
☐ with return receipt requested.  
Date of Mailing: **FEBRUARY 3, 2018** (MARKED "PERSONAL & CONFIDENTIAL")

### Description of Individual Served

| Sex: F | Color of Skin: WHITE | Color of Hair: BROWN |
|---|---|---|
| Approximate Age: 55 +/- | Approximate Weight: 160 +/- | Approximate Height: 5'8" +/- |

Other identifying features:  ☐ Balding  ☐ Beard  ☐ Mustache  ☒ Glasses

☐ WITNESS FEES — Traveling expense and one day witness fee: $      ☐ was paid (tendered to the recipient)  ☐ was mailed to the witness with subpoena copy

☐ MILITARY SERVICE — I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York and received a negative reply.

Sworn before me on 2/5/18

_____  
Notary Public

Gary T. Smith  
Notary Public - State of New York  
Qualified in Albany County  
Commission No. 01SM5053659  
My Commission Expires 12/26/20

MICHAEL ALVARO    518-438-8987

ALBANY INVESTIGATION  
AND PROCESS SERVICES, LLC  
50 COLVIN AVE SUITE 203  
ALBANY, NY 12206

```
           KIMBERLY SQUARE
       475 ALBANY SHAKER RD STE 9
                ALBANY
                  NY
              12211-9900
              3500710211
02/03/2018    (800)275-8777    11:51 AM

Product                  Sale      Final
Description              Qty       Price

First-Class               1        $2.05
Mail
Large Envelope
    (Domestic)
    (ALBANY, NY  12226)
    (Weight:0 Lb 5.20 Oz)
    (Estimated Delivery Date)
    (Monday 02/05/2018)

Total                             $2.05

Cash                              $2.05

   All sales final on stamps and postage
   Refunds for guaranteed services only
          Thank you for your business

           HELP US SERVE YOU BETTER

           TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

                    Go to:
         https://postalexperience.com/Pos

         840-5120-0144-001-00016-69375-02

              or scan this code with
              your mobile device:
```



```
           or call 1-800-410-7420.

              YOUR OPINION COUNTS


                               1669375-2
```