UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index No. 1:18-CV-0134 (BKS / ATB)

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC, et al.

Plaintiff(s)/Petitioner(s)

against

} AFFIDAVIT OF SERVICE

GEORGE P. BEACH, II, et al.

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ALBANY
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York
That on **FEBRUARY 2, 2018** at **2:51pm** at **Rensselaer County Courthouse, 80 2nd Street, Troy, NY** deponent served the within

- [ ] Summons with Notice
- [X] Summons and Complaint (Civil Action)
- [ ] Subpoena with Notice to Take Deposition
- [ ] Subpoena for Testimony
- [ ] Subpoena Duces Tecum
- [ ] Three Day Notice
- [ ] Notice of Petition and Petition
- [ ] Order to Show Cause
- [X] Filing Order
- [X] Corporate Disclosure Statement
- [ ] Citation

upon **RICHARD J. McNALLY JR., in his official capacity as Justice of the New York Supreme Court, Third Judicial District, And Licensing Officer for Rensselaer County**

- [X] defendant
- [ ] respondent
- [ ] witness

(hereinafter called the recipient) therein named

[X] **INDIVIDUAL** by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

[ ] **CORPORATE / BUSINESS ENTITY** a corporation, by delivering thereat, a true copy of each to

[ ] **SUITABLE AGE PERSON** by delivering thereat, a true copy of each to a person of suitable age and discretion. Said premises is recipient's work place the state.

[ ] **AFFIXING TO DOOR, ETC.** by affixing a true copy of each to the door of said premises, which is recipient's within the state. Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

[ ] **MAILING** [ ] Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's work place at                   and deposited same at a United States Post Office.
[ ] mailing was made by certified mail (Receipt No.   )
[ ] with return receipt requested.
Date of Mailing:

**Description of Individual Served**

| Sex: | M | Color of Skin: | WHITE | Color of Hair: | GREY |
|------|---|---|---|---|---|
| Approximate Age: | 55 +/- | Approximate Weight: | 200+ | Approximate Height: | 6'+ |

Other identifying features:
- [ ] Balding
- [ ] Beard
- [ ] Mustache
- [ ] Glasses

[ ] **WITNESS FEES** Traveling expense and one day witness fee: $
- [ ] was paid (tendered to the recipient)
- [ ] was mailed to the witness with subpoena copy

[X] **MILITARY SERVICE** I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York and received a negative reply.

Sworn before me on 2/5/18

Notary Public

Gary T. Smith
Notary Public - State of New York
Qualified in Albany County
Commission No. 01SM5053659
My Commission Expires 12/26/20 21

MICHAEL ALVARO   518-438-8987

ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206