## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, </br></br>   *Plaintiffs*, </br></br> v. </br></br>GEORGE P. BEACH II, *et al.*, </br></br>   *Defendants*. | ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 18-cv-134-BKS-ATB </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF APPEARANCE

 PLEASE TAKE NOTE that the undersigned hereby appears as attorney on behalf of Plaintiffs New York State Rifle and Pistol Association, Inc. and Robert Nash, and that his address and telephone number are set forth below. Attorney Peter A. Patterson was admitted *pro hac vice* in this Court on February 7, 2018.

Dated: February 9, 2018        Respectfully submitted,

                 s/ Peter A. Patterson
                 Peter A. Patterson*
                 COOPER & KIRK, PLLC
                 1523 New Hampshire Avenue, N.W.
                 Washington, D.C. 20036
                 (202) 220-9600
                 (202) 220-9601 (fax)
                 ppatterson@cooperkirk.com

                  * Appearing *pro hac vice*

                 *Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: February 9, 2018          <u>s/ Peter A. Patterson</u>
         Peter A. Patterson

         *Attorney for Plaintiffs*