IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) Civil Action No. 18-cv-134-BKS-ATB |
| v. | )<br>) |
| GEORGE P. BEACH II, *et al.*, | )<br>)<br>) |
| *Defendants*. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTE that the undersigned hereby appears as attorney on behalf of Plaintiffs New York State Rifle and Pistol Association, Inc. and Robert Nash, and that his address and telephone number are set forth below. Attorney John D. Ohlendorf was admitted *pro hac vice* in this Court on February 7, 2018.

Dated: February 9, 2018                                             Respectfully submitted,

s/ John D. Ohlendorf
John D. Ohlendorf*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
johlendorf@cooperkirk.com

   * Appearing *pro hac vice*

*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: February 9, 2018                     s/ John D. Ohlendorf
                                            John D. Ohlendorf

                                            *Attorney for Plaintiffs*