# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NRW YORK STATE RIFLE & PISTOL ASSOCIATION, INC.;**
**ROBERT NASH and BRANDON KOCH**,

                 **Plaintiffs,**

vs.                                 **CASE NUMBER: 1:18-CV-134**

**GEORGE P. BEACH, II and RICHARD J. MCNALLY, JR.**,

                 **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss is **GRANTED** and the amended complaint is **DISMISSED, with prejudice**, pursuant to the order of the Honorable Judge Brenda K. Sannes, dated the 17th day of December, 2018.

DATED: December 17, 2018

_John Domurad_
Clerk of Court

_Renata Hoh_
Renata Hoh
Deputy Clerk